**Order entered March 12, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01548-CV

### PURE GEN HOLDINGS, INC., Appellant

### V.

### NEORA, LLC, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-10205**

## ORDER

Before the Court is appellee's March 10, 2020 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **April 15, 2020**.

/s/   ROBERT D. BURNS, III
      CHIEF JUSTICE